IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION- SINGHAL / VALLE
CASE NO. 0:23-cv-60816-AHS

**RAED FARRAJ, individually and on behalf of all other similarly situated,**

      **Plaintiff,**

  v.

**RESURGENT CAPITAL SERVICES, L.P.,**

      **Defendant.**
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Local Rules for the United States District Court for the Southern District of Florida, and this Honorable Court's Order of January 29, 2024 (D.E. 16) Plaintiff Raed Farraj and Defendant Resurgent Capital Services, L.P., by and through their undersigned counsel, hereby provide notice that the Parties have reached a settlement as to all claims and controversies. Upon completion of all settlement terms, the Parties will file the necessary documents to dismiss this matter with prejudice. To that end, the Parties respectfully request sixty (60) days to complete all settlement terms and request this Honorable Court retain jurisdiction during that period. The Parties shall bear their own attorney's fees and costs.

Respectfully submitted this 31st day of January 2024.

By:

| ZEIG LAW FIRM, LLC | MESSER STRICKLER BURNETTE, LTD. |
|---|---|
| */s/ Justin E. Zeig* | |
| Justin E. Zeig, Esq. | */s/ John M. Marees, II* |
| Florida Bar No. 112306 | John M. Marees, II, Esq. |
| 3475 Sheridan Street, Suite 310 | Florida Bar No. 0069879 |

<div style="display: flex;">
<div>
Hollywood, FL 33021  
Telephone (754) 217-3084  
justin@zeiglawfirm.com  
*Attorney for Plaintiff*
</div>
<div>
12276 San Jose Blvd., Suite 718  
Jacksonville, FL 32223  
Telephone (904) 527-1172  
jmarees@messerstrickler.com  
*Attorney for Defendant*
</div>
</div>