UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60816-CIV-SINGHAL

RAED FARRAJ, individually and on behalf of all
other similarly situated,

    Plaintiff,

v.

RESURGENT CAPITAL SERVICES, L.P.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the joint Stipulation of Dismissal with Prejudice filed by the parties (DE [20]) on March 11, 2024.  The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 11th day of March 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF